An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARK COUNTY SCHOOL DISTRICT,
A POLITICAL SUBDIVISION OF THE
STATE OF NEVADA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
BUSINESS BENEFITS, INC., A
NEVADA CORPORATION,
Real Party in Interest.

No. 67715

**FILED**

MAY 2 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

Having considered this original petition for a writ of mandamus challenging a district court order denying a motion for partial summary judgment, we conclude that petitioner has not met its burden of demonstrating that our intervention by extraordinary writ relief is warranted as petitioner has an adequate legal remedy in the form of an appeal from any adverse final judgment. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (holding that an appeal is generally an adequate legal remedy precluding writ relief); *see also* NRAP 21(b)(1). Accordingly we,

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-15532

cc: Hon. Nancy L. Allf, District Judge
Kolesar & Leatham, Chtd.
Gordon Silver
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A